# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

CREATION SUPPLY, INC.,,

Plaintiff(s),

v.

SELECTIVE INSURANCE COMPANY
OF THE SOUTHEAST,

Defendant(s).

Case No. 14 C 8856
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of CSI and against Selective as to the finding of liability.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☒ tried by Judge Charles P. Kocoras without a jury and the above decision was reached.
☐ decided by Judge       on a motion

Date: 12/20/2018                    Thomas G. Bruton, Clerk of Court

                                    Vettina Franklin, Deputy Clerk