IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CREATION SUPPLY, INC., ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:14-cv-08856 |
| ) | |
| v. ) | Honorable Charles P. Kocoras |
| ) | |
| SELECTIVE INSURANCE COMPANY ) | Magistrate Judge: Young B. Kim |
| OF THE SOUTHEAST, ) | |
| ) | |
| Defendant. ) | |

**<u>SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST'S NOTICE OF APPEAL</u>**

Notice is hereby given that Selective Insurance Company of the Southeast ("Selective") appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment (ECF Doc. # 260); Findings of Fact and Conclusions of Law (ECF Doc. # 259); Order Denying the Parties' Cross-Motions for Summary Judgment (as to the denial of Selective's Motion for Summary Judgment) (ECF Doc. # 146); and Order Granting in Part and Denying in Part Selective's Motion to Dismiss (ECF Doc. # 44) entered in this case. Jurisdiction for this appeal is conferred upon the United States Court of Appeals for the Seventh Circuit under 28 U.S.C. § 1291 by this Court's entry of Judgment as to Selective's liability under Illinois Insurance Code Section 155 (215 ILCS 5/155) on December 20, 2018.

Dated: January 14, 2019      SELECTIVE INSURANCE COMPANY OF
                             THE SOUTHEAST

1

By: /s/Daniel G. Litchfield_____

Daniel G. Litchfield (Counsel of Record)
Hope G. Nightingale
Michael P. Baniak
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
Phone: (312) 781-6669 (Litchfield)
Phone: (312) 781-6614 (Nightingale)
Phone: (312) 781-6595 (Baniak)
Fax: (312) 781-6630
litchfield@litchfieldcavo.com
nightingale@litchfieldcavo.com
baniak@litchfieldcavo.com


Drew Louis Block (6288026)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
28411 Northwestern Highway
Suite 500
Southfield, MI  48034
Phone: 248-539-9901
dblock@fosterswift.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2019, I caused to be electronically filed the foregoing Selective Insurance Company of the Southeast's Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Edward L. Bishop<br>Connor Patrick Singleton<br>Jams Joseph Jagoda<br>Nicholas S. Lee<br>Bishop Diehl & Lee, Ltd.<br>1475 East Woodfield Road<br>Suite 800<br>Schaumburg, IL 60173<br>Phone: 847-969-9123<br>Email: ebishop@bdl-iplaw.com<br>Email: csingleton@bdl-iplaw.com<br>Email: jjagoda@bdl-iplaw.com<br>Email: nlee@bdl-iplaw.com<br>*Attorneys for Creation Supply, Inc.* | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

                NONE

                By: /s/ Daniel G. Litchfield_____

                Daniel G. Litchfield
                Hope G. Nightingale
                Michael P. Baniak
                LITCHFIELD CAVO LLP
                303 West Madison Street, Suite 300
                Chicago, IL 60606
                Phone: (312) 781-6669 (Litchfield)
                Phone: (312) 781-6614 (Nightingale)
                Phone: (312) 781-6596 (Baniak)
                Fax: (312) 781-6630
                litchfield@litchfieldcavo.com
                nightingale@litchfieldcavo.com
                baniak@litchfieldcavo.com

Drew Louis Block
FOSTER, SWIFT, COLLINS & SMITH, P.C.
28411 Northwestern Highway
Suite 500
Southfield, MI  48034
Phone: 248-539-9901
Email: dblock@fosterswift.com