IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CREATION SUPPLY, INC., ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:14-cv-08856 |
| ) | |
| v. ) | Honorable Charles P. Kocoras |
| ) | |
| SELECTIVE INSURANCE COMPANY ) | Magistrate Judge: Young B. Kim |
| OF THE SOUTHEAST, ) | |
| ) | |
| Defendant. ) | |

**SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST'S NOTICE OF APPEAL**

Notice is hereby given that Selective Insurance Company of the Southeast ("Selective") appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion awarding $2,846,049.34 in fees and expenses (ECF. Doc. #320); Judgment (ECF Doc. # 260); Findings of Fact and Conclusions of Law (ECF Doc. # 259); Order Denying the Parties' Cross-Motions for Summary Judgment (as to the denial of Selective's Motion for Summary Judgment) (ECF Doc. # 146); and Order Granting in Part and Denying in Part Selective's Motion to Dismiss (ECF Doc. # 44) entered in this case. Jurisdiction for this appeal is conferred upon the United States Court of Appeals for the Seventh Circuit under 28 U.S.C. § 1291 by this Court's entry of Judgment as to Selective's liability under Illinois Insurance Code Section 155 (215 ILCS 5/155) on December 20, 2018, in conjunction with the November 12, 2019 award of $2,846,049.34 in fees and expenses under Illinois Insurance Code Section 155.

1

Dated: December 11, 2019     SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST

By: /s/Daniel G. Litchfield_____

Daniel G. Litchfield (Counsel of Record)
Hope G. Nightingale
Michael P. Baniak
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
Phone: (312) 781-6669 (Litchfield)
Phone: (312) 781-6614 (Nightingale)
Phone: (312) 781-6595 (Baniak)
Fax: (312) 781-6630
litchfield@litchfieldcavo.com
nightingale@litchfieldcavo.com
baniak@litchfieldcavo.com


Drew Louis Block (6288026)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
28411 Northwestern Highway
Suite 500
Southfield, MI 48034
Phone: 248-539-9901
dblock@fosterswift.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2019, I caused to be electronically filed the foregoing Selective Insurance Company of the Southeast's Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/Daniel G. Litchfield_____

Daniel G. Litchfield
Hope G. Nightingale
Michael P. Baniak
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
Phone: (312) 781-6669 (Litchfield)
Phone: (312) 781-6614 (Nightingale)
Phone: (312) 781-6596 (Baniak)
Fax: (312) 781-6630
litchfield@litchfieldcavo.com
nightingale@litchfieldcavo.com
baniak@litchfieldcavo.com


Drew Louis Block
FOSTER, SWIFT, COLLINS & SMITH, P.C.
28411 Northwestern Highway
Suite 500
Southfield, MI 48034
Phone: 248-539-9901
Email: dblock@fosterswift.com