**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CREATION SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 14 C 8856 |
| | ) | |
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST | ) ) | Judge Charles P. Kocoras |
| | ) | |
| Defendant. | ) | |

# **ORDER**

On June 16, 2020, the Court held a status hearing where the parties agreed that the Court can enter a final judgment on Count I of the First Amended Complaint ("FAC") in Creation Supply Inc.'s ("CSI") favor and certify the claim for appeal. In accordance with those discussions, the Court hereby grants CSI final judgment on Count I of the FAC and certifies that judgement for appeal under Federal Rule of Civil Procedure 54(b).

On December 20, 2018, the Court found Defendant Selective Insurance Company of the Southeast ("Selective") liable to CSI on Count I, alleging a violation of Section 155 of the Illinois Insurance Code ("Section 155 claim"), and entered judgment as to the finding. 1:14-cv-8856, Dkt. ## 259 & 260. On November 12, 2019, the Court awarded CSI $2,846,049.34 in fees and expenses up to and including February 28, 2019, for the Section 155 violations. 1:14-cv-8856, Dkt. # 320.

The only matter remaining for this Court to resolve is the issue of damages in

Count II of the FAC, alleging a breach of contract claim. Seeing as the Section 155 claim is factually severable from the breach of contract claim, the Court finds no just reason to delay an appeal of our determinations in the Section 155 claim. Accordingly, the Court hereby directs entry of a final judgment on the Section 155 claim and certifies that ruling for appellate review Sunder Federal Rule of Civil Procedure 54(b). *See Local P-171, Amalgamated Meat Cutters & Butcher Workmen of N. Am. v. Thompson Farms Co.*, 642 F.2d 1065, 1070–71 (7th Cir. 1981); *see also Nutmeg Ins. Co. v. E. Lake Mgmt. & Dev. Corp.*, 2007 WL 9809212, at *1–2 (N.D. Ill. 2007) (certifying Section 155 claim for review while retaining jurisdiction over declaratory judgement claim).

*Charles P. Kocoras*

Dated: 7/7/2020

Charles P. Kocoras
United States District Judge